# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA    )
                         )
     v.                     )     1:21MJ61-1
                         )
LAURA STEELE            )

**FILED**
in the Middle District of
North Carolina

**February 17, 2021**
**2:04 pm**

Clerk, US District Court
By: _____ dmk

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit, and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice require appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney Mark Edwards is appointed to represent Defendant in this action.

This, the <u>17th</u> day of February, 2021.

_____
Joe L. Webster
United States Magistrate Judge